# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. ELY MASON SCOTT WILLIAMS, Defendant. | CR 18-88-GF-BMM ORDER |

Upon unopposed motion of the United States and for good cause shown, IT IS ORDERED that the forfeiture allegation contained in the indictment is DISMISSED.

DATED this 14th day of January 2019.

_____
Brian Morris
United States District Court Judge

1