**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**GREAT FALLS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | **CR-18-88-GF-BMM** |
| vs. | |
| ELY MASON SCOTT WILLIAMS, | **ORDER** |
| Defendant. | |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on November 18, 2021. (Doc. 50.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted a revocation hearing on November 17, 2021. (Doc. 45.)  The United States accused Williams of violating his conditions of supervised release 1) by failing to report for substance abuse treatment; 2) by interacting with a person who was engaging in criminal activity; 3) by committing another crime; and 4) by using methamphetamine.  (Doc. 42.)

At the revocation hearing, Williams admitted he had violated the terms of his supervised release  1) by failing to report for substance abuse treatment; 2) by interacting with a person who was engaging in criminal activity; and 3) by using methamphetamine. (Doc. 45.)  Judge Johnston found that the violations Williams admitted proved to be serious and warranted revocation, and recommended that Williams receive no custody time, with 36 months supervised release to follow, set to being on November 17, 2021. (Doc. 50.)  Williams was advised of his right to appeal and his right to allocute before the undersigned.  (Doc. 45.)  The violations prove serious and warrants revocation of Williams' supervised release. The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 50) are **ADOPTED IN FULL.  IT IS FURTHER ORDERED** that Defendant Ely Mason Scott Williams be sentenced no custody with 36 months of supervised release to follow, set to begin on November 17, 2021.

DATED this 6th  day of December, 2021.


Brian Morris, Chief District Judge
United States District Court